AUSTIN R. GIBBONS, ESQ. SBN 034619
PETER A. URHAUSEN, ESQ. SBN 160392
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendant CITY OF RICHMOND

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PETERS and MARK PARR, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA, individually; OFFICER LLAMAS, individually; OFFICER D. HARRIS, individually; LT. THREETS, individually, and DOES 1 through 50, <br><br> Defendants. | Case No. C 06 3154 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> ORDER |

Pursuant to Local Rule 6-1(a), Plaintiffs Cynthia Peters and Mark Parr and defendant City of Richmond, through their attorneys, hereby stipulate to extend the time for the City of Richmond to respond to Plaintiffs' complaint up to and including July 10, 2006.

Dated:  6/26/06

By: /s/
ANDREW SCHWARTZ
Attorneys for Plaintiffs CYNTHIA PETERS and MARK PARR

Dated:  6/26/06    GIBBONS & CONLEY

By: /s/
PETER A. URHAUSEN, ESQ.
Attorneys for Defendant CITY OF RICHMOND

IT IS SO ORDERED:
By: Edward M. Chen
U.S. Mag. Judge

STIPULATION TO RESPOND TO COMPLAINT                    CASE NO. C 06 3154

1