UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PETERS, ET AL., <br><br>    Plaintiff(s), <br><br>    v. <br><br>CITY OF RICHMOND, ET AL., <br><br>    Defendant(s). <br> _____/ | No. C-06-3154 JSW (JCS) <br><br> **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** <br><br> (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 31, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **Updated, confidential Settlement Conference Statements shall be lodged with the Court on or before January 24, 2007.**

Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's September 12, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: December 6, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge