AUSTIN R. GIBBONS, ESQ. SBN 034619
PETER A. URHAUSEN, ESQ. SBN 160392
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PETERS and MARK PARR, | Case No. C 06 3154 JSW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA, individually; OFFICER LLAMAS, individually; OFFICER D. HARRIS, individually; LT. THREETS, individually, and DOES 1 through 50, | |
| Defendants. | |

The parties attended a settlement conference with Magistrate Judge Spero. Pursuant to the Magistrate Judge's order, the parties are to each take one more deposition and return for a settlement conference with Judge Spero on January 31, 2007. A case management conference is currently set with Judge White on January 19, 2007 at 1:30 p.m. The parties stipulate to continue the case management conference until after the January 31, 2007 settlement conference.

Dated: 12/21/06

GIBBONS & CONLEY

By: _____
PETER A. URHAUSEN, ESQ.
Attorney for Defendants

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE                    CASE NO. C 06 3154 JSW

Dated: **December 21, 2006**

By: /s/ Andrew Schwartz
ANDREW SCHWARTZ, ESQ.
KAREN SNELL, ESQ.
Attorneys for Plaintiffs

IT IS SO ORDERED. The case management conference will be heard on February 16, 2006 at 1:30 p.m.

Dated: December 22, 2006

By: /s/ Jeffrey S. White
JUDGE JEFFREY S. WHITE

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT

CASE NO. C 06 3154 JSW