1  AUSTIN R. GIBBONS, ESQ. SBN 034619
   PETER A. URHAUSEN, ESQ. SBN 160392
2  GIBBONS & CONLEY
   1333 North California Boulevard, Suite 110
3  Walnut Creek, CA 94596
   Telephone: (925) 932-3600  Fax: (925) 932-1623
4
   Attorneys for Defendants
5

6

7              IN THE UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9
   CYNTHIA PETERS and MARK PARR,    )  Case No. C 06 3154 JSW
10                                  )
              Plaintiffs,           )  STIPULATION AND [PROPOSED]
11                                  )  ORDER ON TRIAL AND OTHER DATES
        v.                          )
12                                  )
   CITY OF RICHMOND, ACTING CHIEF   )
13 TERRY HUDSON, individually and in his )
   official capacity; ACTING INTERIM CHIEF )
14 EUGENE MCBRIDE, individually and in his )
   official capacity; CHIEF CHRIS MAGNUS, in )
15 his official capacity; SGT. HECTOR )
   ESPARZA, individually; OFFICER LLAMAS, )
16 individually; OFFICER D. HARRIS, )
   individually; LT. THREETS, individually, and )
17 DOES 1 through 50,               )
                                    )
18            Defendants.           )
                                    )
19

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

1

STIPULATION AND [PROPOSED] ORDER ON TRIAL AND OTHER DATES        CASE NO. C 06 3154 JSW

The parties stipulate to the following:

1. Trial date of March 3, 2008, 8:30 a.m.;
2. Pretrial conference on February 4, 2008 at 2:00 p.m.;
3. Discovery cutoff on September 28, 2007;
4. Case Management Conference on November 9, 2007, which is also the last day to have dispositive motions heard. The Case Management Conference will follow the 9:00 a.m. hearing on any dispositive motions. If there are no dispositive motions to be heard on November 9, 2007, the Case Management Conference will be at 1:30 p.m. The currently scheduled Case Management Conference on April 20, 2007 will be vacated.

Dated: March 5, 2007

By: *Karen Snell*
KAREN SNELL, ESQ.
Attorney for Plaintiffs CYNTHIA PETERS and MARK PARR

Dated: 3-?-07

GIBBONS & CONLEY

By: *[signature]*
PETER A. URHAUSEN, ESQ.
Attorneys for Defendants

IT IS SO ORDERED.

Dated: April 5, 2007

By: *Jeffrey S. White*
HON. JEFFREY S. WHITE
Judge of the District Court

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

2

STIPULATION AND [PROPOSED] ORDER ON TRIAL AND OTHER DATES                CASE NO. C 06 3154 JSW