1  Andrew C. Schwartz (State Bar No. 64578)
   CASPER, MEADOWS, SCHWARTZ & COOK
2  A Professional Corporation
   2121 North California Blvd., Suite 1020
3  Walnut Creek, California 94596
   Telephone: (925) 947-1147
4  Facsimile:  (925) 947-1131

5  Karen L. Snell (State Bar No. 100266)
   Attorney at Law
6  102 Buena Vista Terrace
   San Francisco, CA 94117
7  Telephone: (415) 225-7592
   Facsimile: (415) 487-0748

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CYNTHIA PETERS and MARK PARR,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA, OFFICER LLAMAS, OFFICER D. HARRIS, and LT. THREETS, individually, and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV 06-03154 JSW<br><br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| GENEVIA WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, ACTING CHIEF TERRY HUDSON, individually and in his official capacity; ACTING INTERIM CHIEF EUGENE MCBRIDE, individually and in his official capacity; CHIEF CHRIS MAGNUS, in his official capacity; SGT. HECTOR ESPARZA; OFFICER LLAMAS; OFFICER D. HARRIS and LT. THREETS, individually, and DOES 1 through 50,<br><br>Defendants. | Case No. C 06-07460 JSW |

*Peters and Parr v. City of Richmond, et al.* Case No. CV 06-03154 JSW
*Walker vs. City of Richmond, et al.* Case No. C06-07460 JSW
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

Page 1

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

1  The parties stipulate that the further settlement conference scheduled for April 18,
2  2007 be continued to April 26, 2007 at 9:30 a.m.

3
4  Dated: April 17, 2007    By: _____
                                Andrew C. Schwartz, Esq.
5                               Attorney for Plaintiff CYNTHIA PETERS
                                and MARK PARR
6
7
8  Dated: April 17, 2007    By: _____
                                Peter Urhausen, Esq.
9                               Attorney for Defendants

10
11 Dated: April 17, 2007    By: _____
                                Edward Swanson, Esq.
12                              Attorney for Plaintiff GENEVIA WALKER

13
14
15 IT IS SO ORDERED.
16
17 Dated:_____        _____
                                Magistrate Judge Joseph C. Spero
18

The parties stipulate that the further settlement conference scheduled for April 18, 2007 be continued to April 26, 2007 at 9:30 a.m.

Dated: April 17, 2007     By: _____
                              Andrew C. Schwartz, Esq.
                              Attorney for Plaintiff CYNTHIA PETERS
                              and MARK PARR

Dated: April 17, 2007     By: _____
                              Peter Urhausen, Esq.
                              Attorney for Defendants

Dated: April 17, 2007     By: _____
                              Edward Swanson, Esq.
                              Attorney for Plaintiff GENEVIA WALKER

IT IS SO ORDERED.

Dated: April 18, 2007     _____
                          Magistrate Judge Joseph C. Spero

*Peters and Parr v. City of Richmond, et al.* Case No. CV 06-03154 JSW
*Walker vs. City of Richmond, et al.* Case No. C06-07460 JSW
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

Page 2